COPY

STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

EDWARD H. KUBO, JR.
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2000

at 9 o'clock and 56 min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR00-00227 DAE |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C §§ 111, and 113(a)(5)] |
| JOHN R. JENKINS, | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges that:

On or about April 30, 2000, within the special maritime and territorial jurisdiction of the United States, and in the District of Hawaii, **JOHN R. JENKINS,** defendant herein, did assault another, identified herein as "P.B."

All in violation of Title 18 United States Code, Section 113(a)(5).

COUNT 2

The Grand Jury further charges that:

On or about April 30, 2000, in the District of Hawaii, **JOHN R. JENKINS,** defendant herein, knowingly and by means and use of a dangerous weapon, that is a motor vehicle, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Gregory Moss, a National Park Ranger at the Haleakala National Park, while he was engaged in his official duties.

All in violation of Title 18, United States Code, Section 111.

DATED: 05-24-00, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

STEVEN S. ALM
UNITED STATES ATTORNEY

ELLIOT ENOKI
FIRST ASSISTANT U.S. ATTORNEY

EDWARD H. KUBO, JR.
ASSISTANT U.S. ATTORNEY

Untied States v. John R. Jenkins;
Cr. No. _____
INDICTMENT

2